```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW M. SCOBLE, Bar #237432
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
PHILLIP COLWELL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>            Plaintiff,             )<br>                                   )<br>      v.                           )<br>                                   )<br> PHILLIP COLWELL,                   )<br>                                   )<br>            Defendant.             )<br> _____   ) | NO. CR.S-12-073-GEB<br><br>**STIPULATION AND [PROPOSED] ORDER;<br>CONTINUING STATUS CONFERENCE<br>AND EXCLUDING TIME**<br><br>Date: April 13, 2012<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell Jr. |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, LAUREL WHITE, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for PHILLIP COLWELL, that the status conference hearing date of March 23, 2012 be vacated, and the matter be set for status conference on April 13, 2012 at 9:00 a.m.

   The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

   Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including April 13, 2012 pursuant to 18 U.S.C.

§3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED:  March 20, 2012.                    Respectfully submitted,

                                            DANIEL J. BRODERICK
                                            Federal Public Defender


                                            /s/ Matthew Scoble
                                            MATTHEW SCOBLE
                                            Designated Counsel for Service
                                            Attorney for PHILLIP COLWELL

DATED:  March 20, 2012.                    BENJAMIN WAGNER
                                            United States Attorney


                                            /s/ Matthew Scoble for
                                            LAUREL WHITE
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff


                                   ORDER

   UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the March 23, 2012, status conference hearing be continued to April 13, 2012, at 9:00 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the April 13, 2012 status conference shall be excluded from computation of time within which the

1 trial of this matter must be commenced under the Speedy Trial Act
2 pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4,
3 to allow defense counsel reasonable time to prepare.

Dated:   March 20, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge