BENJAMIN B. WAGNER
United States Attorney
LAUREL D. WHITE
Executive Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-CR-00073-GEB |
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| PHILLIP J. COLWELL, | |
| Defendant. | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Phillip J. Colwell, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1.  Pursuant to 18 U.S.C. §§ 2428 and 2253, defendant Phillip J. Colwell's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   (a) HTC Aria Cell phone, with cell phone number 916-849-4391;

   (b) HTC Inspire Cell phone, with cell phone number 916-719-4391;

   (c) Kodak Easy Share M341 Camera;

   (d) SD memory cards;

   (e) HP Computer, Serial Number CNF6431NFV; with Fujitsu hard drive; Model Number MHV2080BH, Serial Number NW9ZT692LUC4, including all data contained thereon;

   (f) Any and all electronic storage media, including CDs and DVDs, containing sexually explicit images and videos of minors, seized by law enforcement from defendant's

apartment on or about November 6, 2011.

2. The above-listed property constitutes or is traceable to gross profits or other proceeds obtained directly or indirectly from violations of 18 U.S.C. §§ 2422(b), 1470, 2251(a) and (e) or was used or intended to be used to commit or to promote the commission of violations of 18 U.S.C. §§ 2422(b), 1470, 2251(a) and (e).

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property.  The aforementioned property shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

4. a. Pursuant to 18 U.S.C. § 2253(b) and 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least thirty (30) consecutive days on the official internet government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from the receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. §§ 2428 and 2253, in which all interests will be addressed.

SO ORDERED .

May 16, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

2

Preliminary Order of Forfeiture