```
1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW G. MORRIS
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-cr-00073-GEB |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING COMPETENCY HEARING |
| v. | |
| PHILLIP COLWELL, | |
| Defendants. | |

The United States and the defendant, through the undersigned attorneys, hereby stipulate and agree that:

By prior order, on February 1, 2013, the Court referred the defendant to the Bureau of Prisons for a competency evaluation, and set a hearing on that issue for March 29, 2013.

By letter dated March 1, 2013, the Warden of the Metropolitan Detention Center requested additional time to complete the evaluation of the defendant, and indicated that the report will be received by the Court by April 29, 2013.

Accordingly, the parties jointly stipulate that the competency hearing be continued to May 3, 2013. Because the current proceedings have occurred after the entry of a plea of guilty, the Speedy Trial

1

1  Act does not apply.
2      **SO STIPULATED.**
3                                      Respectfully Submitted,
4
5                                      BENJAMIN B. WAGNER
                                       United States Attorney
6
7      DATE: 3/29/13                   /s/ Matthew G. Morris
                                       MATTHEW G. MORRIS
8                                      Assistant U.S. Attorney
9
10     DATE: 3/29/13                   /s/ Michael Aye (auth. 3/27/13)
                                       MICHAEL AYE
11                                     Attorney for Defendant
12     **SO ORDERED.**
13     **Date:   3/31/2013**
14
                                       _____
15                                     GARLAND E. BURRELL, JR.
                                       Senior United States District Judge
16

2