MICHAEL J. AYE, SBN 96288
Attorney at Law
117 J Street, Suite 202
Sacramento, CA 95814-2282
(916) 447-1278

Attorney For Defendant
Phillip J. Colwell

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. S-12-073-TLN |
| Plaintiff, | |
| -vs- | STIPULATION AND ORDER TO CONTINUE STATUS |
| PHILLIP J. COLWELL, | |
| Defendant. | |

**It is hereby stipulated** and agreed by Phillip J. Colwell, by and through his attorney, Michael A. Aye, and the United States of America, by through its representative, Assistant United States Attorney Matthew Morris, that the status conference set for August 1, 2013 be continued to August 29, 2013 for the purpose of defendant preparing materials for the pre-sentence report in this case.

**The parties further stipulate and agree** that, as this is post entry of plea, that there is no necessity for the exclusion of time; however, each party agrees that such continuance is necessary

for the efficiency of the sentencing process.

**IT IS SO STIPULATED.**

Date: July 23, 2013

```
                              _____
                              Benjamin B. Wagner
                              United States Attorney
                              /S/ Matthew Morris
                              By: Matthew Morris
                              Assistant United States Attorney
                              Counsel for Plaintiff
```

Date: July 23, 2013

```
                              _____
                              Michael J. Aye
                              Attorney at Law
                              /S/ Michael J. Aye
                              By: Michael J. Aye
                              Attorney for Defendant
                              PHILLIP J. COLWELL
```

**O R D E R**

Based on the above stipulation of the parties, this matter is ordered to be dropped from the calendar for August 1, 2013, and is ordered to be re-calendared for August 29, 2013, at 9:30 a.m.

**IT IS SO ORDERED.**

Dated: July 26, 2013

_____
Troy L. Nunley
United States District Judge