1 MICHAEL J. AYE, SBN 96288
Attorney at Law
2 117 J Street, Suite 202
Sacramento, CA 95814-2282
3 (916) 447-1278

4
Attorney For Defendant
5 Phillip J. Colwell

6

7                IN THE UNITED STATES DISTRICT COURT

8                   EASTERN DISTRICT OF CALIFORNIA

9

10

11 UNITED STATES OF AMERICA,        )
                                    )    CR. S-12-073-TLN
12                                  )
       Plaintiff,                   )
13                                  )
   -vs-                             )    STIPULATION AND ORDER
14                                  )    TO CONTINUE STATUS
   PHILLIP J. COLWELL,              )
15                                  )
       Defendant.                   )
16 _____)

17
       **It is hereby stipulated** and agreed by Phillip J. Colwell, by
18
   and through his attorney, Michael A. Aye, and the United States of
19
   America, by through its representative, Assistant United States
20
   Attorney Matthew Morris, that the status conference set for August
21
   29, 2013 be continued to September 26, 2013 for the purpose of
22
   defendant preparing materials for the pre-sentence report in this
23
   case.
24

25
       **The parties further stipulate and agree** that, as this is post
26
   entry of plea, that there is no necessity for the exclusion of
27
   time; however, each party agrees that such continuance is necessary
28

for the efficiency of the sentencing process.

**IT IS SO STIPULATED.**

Date: August 23, 2013

_____
Benjamin B. Wagner
United States Attorney
/S/ Matthew Morris
By: Matthew Morris
Assistant United States Attorney
Counsel for Plaintiff

Date: August 23, 2013

_____
Michael J. Aye
Attorney at Law
/S/ Michael J. Aye
By: Michael J. Aye
Attorney for Defendant
PHILLIP J. COLWELL

**O R D E R**

Based on the above stipulation of the parties, this matter is ordered to be dropped from the calendar for August 29, 2013, and is ordered to be re-calendared for September 26, 2013, at 9:30 a.m.

**IT IS SO ORDERED.**

Dated: August 26, 2013

_____
Troy L. Nunley
United States District Judge