BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-CR-00073-GEB |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| PHILLIP J. COLWELL, | |
| Defendant. | |

WHEREAS, on or about May 16, 2012, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement entered into between plaintiff and defendant Phillip J. Colwell forfeiting to the United States the following property:

  a.  HTC Aria cell phone, with cell phone number 916-849-4391;
  b.  HTC Inspire cell phone, with cell phone number 916-719-4391;
  c.  Kodak Easy Share M341 camera;
  d.  SD memory cards;
  e.  HP computer, serial number CNF6431NFV; with Fujitsu hard drive; Model Number MHV2080BH, serial number NW9ZT692LUC4, including all data contained theron; and
  f.  Any and all electronic storage media, including CDs and DVDs, containing sexually explicit images and videos of minors, seized by law enforcement from defendant's apartment on or about November 6, 2011.

AND WHEREAS, beginning on May 19, 2012, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet

government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. §§ 2428 and 2253, to be disposed of according to law, including all right, title, and interest of Phillip J. Colwell.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED.

Dated: July 21, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge