UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>PHILLIP J. COLWELL,<br><br>Movant. | No. 2:12-cr-0073 TLN CKD P<br><br><br><br>ORDER |

      Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  (ECF No. 77.)  Since movant may be entitled to the requested relief if he can establish a violation of his constitutional rights, respondent is directed to file an answer within sixty days of the effective date of this order.  <u>See</u> Rule 4, Rules Governing Section 2255 Proceedings.

      Respondent shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the motion.  Rule 5, Rules Governing Section 2255 Proceedings.  Movant's traverse, if any, is due on or before thirty days from the date respondent's answer is filed.

      The Clerk of the Court shall serve a copy of this order, together with a copy of movant's motion, on the United States Attorney or his authorized representative.

/////

1 | At this time, all additional motions filed by movant (ECF Nos. 74, 75, 78, 79, 80 & 81) are denied without prejudice to renewal at a later stage of the proceedings.

IT IS SO ORDERED.

Dated: April 21, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / colw0073.206