UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:12-cr-0073 TLN CKD P |
| Respondent, | |
| v. | ORDER |
| PHILLIP J. COLWELL, | |
| Movant. | |

Movant has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

Accordingly, IT IS HEREBY ORDERED that movant's July 21, 2016 request for appointment of counsel (ECF No. 98) is denied.

Dated: July 26, 2016

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/md; colw0073.110

1