UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:12-cr-0073 TLN CKD P |
| Respondent, | |
| v. | ORDER |
| PHILLIP J. COLWELL, | |
| Movant. | |

On July 21, 2016, movant filed a reply to respondent's opposition to the motion brought pursuant to 28 U.S.C. § 2255. On the same day, movant filed seven motions, one of which has been addressed. (ECF Nos. 94-100.) Before the court are the remaining six motions.

First, movant's motion for default judgment (ECF No. 94) is frivolous and will be denied.

Movant's next three motions seek to compel production of (1) tapes of unspecified telephone conversations at two jails and a federal detention center (ECF No. 95); "all information possessed by" Sacramento attorney Michael J. Aye regarding the instant matter, including motions, court transcripts, and investigation reports (ECF No. 96); and "full copies of Exhibits 1 through 15," which were not enclosed in respondent's opposition to movant's motion (ECF No. 97; see ECF Nos. 86-1 through 86-15).

In its April 21, 2016 order, the court directed respondent to "include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the

1

motion." (ECF No. 82.) Respondent filed multiple exhibits with the opposition, and at this time the court has no reason to believe that respondent has not included all relevant materials. After a thorough review of the merits of movant's claims, the court will sua sponte issue an order for supplementation of the record should it find it necessary. Thus the motions at ECF Nos. 95 and 96 will be denied.

As to the motion at ECF No. 97, the docket indicates that respondent's opposition was served on movant by mail. (ECF No. 87.) The court assumes this mailing included respondent's exhibits along with the briefing, and movant does not specify what exhibits were missing. Rather he requests "full copies" of the exhibits. Absent a showing of good cause, the court will deny this motion as well.

Movant's motion to strike the government's response (ECF No. 99) is frivolous and will be denied.

Movant's motion for evidentiary hearing (ECF No. 100) will be denied without prejudice to sua sponte renewal by the court upon review of the merits of movant's claims.

Movant's filing of frivolous motions is a burden on this court and impedes the proper prosecution of this action. Movant's future filings shall be limited as set forth below, and any future filings disallowed by the limiting order will be disregarded.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Movant's motions at ECF Nos. 94, 95, 96, 97, and 99 are denied;

2. Movant's motion for evidentiary hearing (ECF No. 100) is denied without prejudice to sua sponte renewal by the court upon review of the merits of movant's claims; and

3. Movant may only file one non-dispositive motion pending at any time. Movant is limited to one memorandum of points and authorities in support of the motion and one reply to any opposition. Failure to comply with this order shall result in improperly filed documents being stricken from the record.

Dated: August 19, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / colw0073.ord