UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:12-cr-0073 TLN CKD P |
| Respondent, | |
| v. | <u>ORDER</u> |
| PHILLIP J. COLWELL, | |
| Movant. | |

Movant's amended motion to vacate, set aside or correct his sentence under 28 U.S.C. § 2255 is submitted. (ECF Nos. 85, 86 & 93.) Before the court is movant's August 22, 2016 motion for discovery, specifically for permission to serve requests for admission (RFAs) on the U.S. Attorney's Office pertaining to Ground One of the motion. (ECF No. 105.)

In Ground One, movant claims his counsel was ineffective for failing to move to suppress evidence of two cellphones in light of the Supreme Court's decision in <u>Riley v. California</u>, 134 S. Ct. 2473, 2485 (2014) (holding that officers must generally secure a warrant before conducting a search of data on cellphones, even when a cell phone is seized incident to arrest). Movant submits with his § 2255 motion an affidavit in support of Ground One. (ECF No. 85 at 19-20.)

Along with the instant discovery motion, movant submits fifteen proposed RFAs concerning the circumstances of his November 6, 2011 arrest, the related seizure of two cellphones, and other legal and procedural matters. (ECF No. 105-1.) Plaintiff asserts that he

1

seeks these admissions to conserve judicial time and resources.  (ECF No. 105 at 1.)

Pursuant to the Rule 6(a) of the Rules Governing Section 2255 Proceedings, "a judge may, for good cause, authorize a party to conduct discovery under the Federal Rules of Criminal Procedure or Civil Procedure, or in accordance with the practices and principles of law."  Good cause is shown when the "specific allegations before the court show reason to believe that the petitioner may, if the facts are fully developed, be able to demonstrate that he is ... entitled to relief[.]"  Bracy v. Gramley, 520 U.S. 899, 908–909 (1997).  Rule 6(b) states in part that "[a] party requesting discovery must provide reasons for the request."

Here, movant has not demonstrated good cause for the proposed discovery.

Accordingly, IT IS HEREBY ORDERED THAT movant's motion for discovery (ECF No. 105) is denied.

Dated:  September 9, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / colw0073.disc