UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PHILLIP J. COLWELL,<br><br>Defendant. | No. 2:12-cr-00073-TLN-CKD<br><br>**ORDER** |

This matter is before the Court on Defendant Phillip J. Colwell's motion to recall the mandate in his appeal of the denial of his post-conviction motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. (ECF No. 140.) A review of the docket indicates that the Ninth Circuit Court of Appeal dismissed his appeal for failure to prosecute on December 10, 2020. (*See* ECF No. 139.) Defendant filed his pending motion on September 1, 2021. (*See* ECF No. 140 at 3); *see also Houston v. Lack*, 487 U.S. 266 (1988). Based on the Court's understanding of the motion, Defendant is seeking an opportunity to file a new appeal of the denial of his § 2255 motion that would be deemed timely. (ECF No. 139.) Therefore, this Court liberally construes Defendant's request as a motion to reopen the time to appeal the March 24, 2020 judgment denying his amended § 2255 motion.

Rule 4(a) of the Federal Rules of Appellate Procedure governs the timeliness of appeals. In the instant case, the notice of appeal was required to be filed within 60 days from the judgment

denying Defendant's amended § 2255 motion. *See* Fed. R. App. P. 4(a)(1)(B). A district court is permitted to reopen the time to file an appeal if: "the moving party did not receive notice… of the entry of judgment or order sought to be appealed within 21 days after entry; the motion is filed within 180 days after the judgment or order is entered…, and… no party is prejudiced." Fed. R. App. P. 4(a)(6). After reviewing the pending motion, the Court finds Defendant has failed to demonstrate any of these three factors.

Accordingly, IT IS HEREBY ORDERED that Defendant's motion to recall the mandate (ECF No. 140), construed as a motion to reopen the time to appeal, is DENIED.

Dated:  October 5, 2021

Troy L. Nunley
United States District Judge