UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PHILLIP COLWELL,<br><br>Defendant. | No. 2:12-cr-00073-TLN-CKD<br><br><br><br>**ORDER** |

This matter is before the Court on Defendant Phillip Colwell's ("Defendant") Motion for Release of Special Assessment and Restitution. (ECF No. 141.) No opposition has been filed. For the reasons set forth below, the Court DENIES Defendant's motion.

On April 16, 2012, Defendant pleaded guilty to a three-count indictment. (ECF Nos. 3, 13, 15.) Count One charged use of the mail or facility of interstate or foreign commerce to induce a minor to engage in unlawful sexual conduct in violation of 18 U.S.C. § 2422(b). (ECF No. 3.) Count Two charged transmitting obscene matter to a minor in violation of 18 U.S.C. § 1470. (*Id.*) Count Three charged production of visual depiction of a minor engaged in sexually explicit conduct in violation of 18 U.S.C. § 2251(a). (*Id.*) On July 10, 2014, the Court sentenced Defendant to a total term of 360 months in prison to be followed by a life term of supervised release. (ECF No. 51.) The Court also ordered Defendant to pay a special assessment in the amount of $300 and restitution in the amount of $1,500. (*Id.*)

Defendant, proceeding *pro se*, argues he has paid his financial obligations in full. (ECF No. 141 at 1–2.) He also argues he has overpaid by $180.55 and requests that amount be refunded to him. (*Id.* at 2.) The Court construes Defendant's motion as one to terminate his financial obligations. However, Defendant's evidence and arguments lack clarity, and the Court declines to release him from his well-supported special assessment and restitution obligations based on the existing record. To the extent Defendant has satisfied his financial obligations and has a credit on his account, Defendant should raise this issue with the Bureau of Prisons.

Accordingly, the Court DENIES Defendant's motion. (ECF No. 141.)

IT IS SO ORDERED.

Date: October 7, 2021

Troy L. Nunley
United States District Judge

2